No. 85–552. SAKAMOTO ET AL. *v.* DUTY FREE SHOPPERS, LTD., ET AL. C. A. 9th Cir.; and

No. 85–616. SHARON STEEL CORP. *v.* CITY OF FAIRMONT, WEST VIRGINIA, ET AL. Appeal from Sup. Ct. App. W. Va. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 85–556. KEMP, WARDEN *v.* DRAKE. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 85–5487. SMITH *v.* SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. [Certiorari granted, *ante*, p. 918.] Motion for appointment of counsel granted, and it is ordered that J. Lloyd Snook III, Esquire, of Charlottesville, Va., be appointed to serve as counsel for petitioner in this case.

No. 85–5563. FONDEL *v.* FORD MOTOR CO. ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 9, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 85–525. IN RE FRYAR; and

No. 85–5504. IN RE SCHMID. Petitions for writs of mandamus denied.